ROBBINS UMEDA LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsumeda.com
FELIPE J. ARROYO (163803)
farroyo@robbinsumeda.com
SHANE P. SANDERS (237146)
ssanders@robbinsumeda.com
KEVIN S. KIM (275200)
kkim@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | Case No. 5:12-cv-06025-LHK |
| Plaintiff, | NOTICE OF FIRM NAME CHANGE |
| v. | |
| MICHAEL R. LYNCH, LÉO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, G. KENNEDY THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. HAMMERGREN, MARC L. ANDREESSEN, RAYMOND J. LANE, PATRICIA F. RUSSO, ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBISON, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP, and BARCLAYS CAPITAL, | |
| Defendants, -and- | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, | |
| Nominal Defendant. | DEMAND FOR JURY TRIAL |

NOTICE OF FIRM NAME CHANGE

1 | TO: CLERK OF COURT AND ALL PARTIES:

2 |     PLEASE TAKE NOTICE that effective January 1, 2013, the law firm of Robbins Umeda

3 | LLP will change its name to Robbins Arroyo LLP (the "Firm").  This change will not affect the

4 | Firm's address, telephone number, or facsimile number.  The Firm's website address will be

5 | www.robbinsarroyo.com and e-mail addresses for the Firm's members and employees will be

6 | firstinitiallastname@robbinsarroyo.com.  Please update your records accordingly.

7 | Dated: December 28, 2012                    ROBBINS UMEDA LLP
                                                BRIAN J. ROBBINS
8 |                                             FELIPE J. ARROYO
                                                SHANE P. SANDERS
9 |                                             KEVIN S. KIM

10 |

11 |                                                /s/ Shane P. Sanders
                                                SHANE P. SANDERS

12 |                                            600 B Street, Suite 1900
                                                San Diego, CA 92101
13 |                                            Telephone:  (619) 525-3990
                                                Facsimile: (619) 525-3991
14 |                                            brobbins@robbinsumeda.com
                                                farroyo@robbinsumeda.com
15 |                                            ssanders@robbinsumeda.com
                                                kkim@robbinsumeda.com
16 |

17 |                                            THE WARNER LAW FIRM
                                                PAUL T. WARNER
18 |                                            11123 McCracken Circle, Suite A
                                                Cypress, TX 77429
19 |                                            Telephone:  (281) 664-7777
                                                Facsimile: (281) 664-7774
20 |                                            pwarner@warner-law.net

21 |                                            Attorneys for Plaintiff Ernesto Espinoza

22 |

23 |

24 |

25 |

26 | 823800

27 |

28 |

- 1 -
NOTICE OF FIRM NAME CHANGE

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2012, I authorized the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>JOSEPH E. FLOREN<br>KIMBERLY ALEXANDER KANE<br>MATTHEW S. WEILER<br>One Market Street, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone:  (415) 442-1000<br>Facsimile:  (415) 442-1001<br>jfloren@morganlewis.com<br>kkane@morganlewis.com<br>mweiler@morganlewis.com | THE WARNER LAW FIRM<br>PAUL T. WARNER<br>11123 McCracken Circle, Suite A<br>Cypress, TX 77429<br>Telephone:  (281) 664-7777<br>Facsimile: (281) 664-7774<br>pwarner@warner-law.net |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 28, 2012.

                                                                                  /s/ Shane P. Sanders
                                                                                    SHANE P. SANDERS