| | |
|---|---|
| 1 | COOLEY LLP |
|   | STEPHEN C. NEAL (170085) |
| 2 | nealsc@cooley.com |
|   | JOHN C. DWYER (136533) |
| 3 | dwyerjc@cooley.com |
|   | JEFFREY M. KABAN (235743) |
| 4 | jkaban@cooley.com |
|   | JEFFREY M. WALKER (280505) |
| 5 | jwalker@cooley.com |
|   | Five Palo Alto Square |
| 6 | 3000 El Camino Real |
|   | Palo Alto, CA  94306-2155 |
| 7 | Telephone:    (650) 843-5000 |
|   | Facsimile:    (650) 849-7400 |
| 8 | |
|   | Attorneys for Defendant |
| 9 | Margaret C. Whitman |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | Case No.  12-CV-06025-CRB |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MARGARET C. WHITMAN** |
| v. | |
| MICHAEL R. LYNCH, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, G. KENNEDY THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. HAMMERGREN, MARC L. ANDREESSEN, RAYMOND J. LANE, PATRICIA F. RUSSO, ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBISON, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP, and BARCLAYS CAPITAL, | Hon. Charles R. Breyer |
| Defendants, | |
| and | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, | |
| Nominal Defendant. | |

TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(A), that Stephen C. Neal, John C. Dwyer, Jeffrey M. Kaban and Jeffrey M. Walker of Cooley LLP hereby appear as counsel of record in this action for Defendant Margaret C. Whitman. Mr. Neal, Mr. Dwyer, Mr. Kaban and Mr. Walker are all admitted to practice in California and before this Court. Their address, telephone number and facsimile number are as follows:

>COOLEY LLP
>Stephen C. Neal
>John C. Dwyer
>Jeffrey M. Kaban
>Jeffrey M. Walker
>Five Palo Alto Square
>3000 El Camino Real
>Palo Alto, CA 94306-2155
>Telephone: (650) 843-5000
>Facsimile: (650) 849-7400

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated: January 15, 2013

>COOLEY LLP
>STEPHEN C. NEAL (170085)
>JOHN C. DWYER (136533)
>JEFFREY M. KABAN (235743)
>JEFFREY M. WALKER (280505)
>
> */s/John C. Dwyer*
>John C. Dwyer (136533)
>Attorneys for Defendant
>Margaret C. Whitman

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1091299 v1/HN

2.

**NOTICE OF APPEARANCE OF COUNSEL**
**12-CV-06025-CRB**