JOSEPH W. COTCHETT (Cal. SBN 36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (Cal. SBN 168009)
mmolumphy@cpmlegal.com
NANCI E. NISHIMURA (Cal. SBN 152621)
nnishimura@cpmlegal.com
ARON K. LIANG (Cal. SBN 228936)
aliang@cpmlegal.com
MATTHEW K. EDLING (Cal. SBN: 250940)
medling@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel:    (650) 697-6000
Fax:    (650) 697-0577

Attorneys for Plaintiff Stanley Morrical,
derivatively on behalf of Hewlett-Packard
Company, in the action entitled,
*Morrical v. Margaret C. Whitman, et al.,* 12-CV-06434

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP RICCARDI,<br><br>                    Plaintiff,<br>v.<br><br>MICHAEL R. LYNCH, et al.<br><br>                    Defendants,<br><br>        -and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>              Nominal Defendant.<br><br>[*Caption continues on following page.*]<br>ENERSTO ESPINOZA, | CASE NO. 12-CV-06003<br><br>**DECLARATION OF STANLEY MORRICAL IN SUPPORT OF PLAINTIFFS STANLEY MORRICAL, ANDREA BASCHERI, JIM CHUNG, AND JOSEPH TOLA'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF A LEAD PLAINTIFF, AND FOR APPROVAL OF A LEADERSHIP STRUCTURE FOR PLAINTIFFS' COUNSEL**<br><br>Date:    March 1, 2013<br>Time:   10:00 a.m.<br>Ctrm:   6, 17th Floor<br>Judge:  Hon. Charles R. Breyer |

DECLARATION OF STANLEY MORRICAL IN SUPPORT OF CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF HIS SELECTION OF COUNSEL

LAW OFFICES
COTCHETT, PITRE
& McCARTHY,
LLP

|  |  |
|---|---|
| Plaintiff,<br>v.<br>MICHAEL R. LYNCH, et al.<br>Defendants,<br>-and-<br>HEWLETT-PACKARD COMPANY,<br>Nominal Defendant. | **CASE NO. 12-CV-06025**<br><br>Judge:  Hon. Charles R. Breyer<br>Complaint Filed: November 27, 2012 |
| ANDREA BASCHERI, et al,<br>Plaintiff,<br>v.<br>LEO APOTHEKER, et al.<br>Defendants,<br>-and-<br>HEWLETT-PACKARD COMPANY,<br>Nominal Defendant. | **CASE NO. 12-CV-06091**<br><br>Judge:  Hon. Charles R. Breyer<br>Complaint Filed: November 30, 2012 |
| MARTIN BERTISCH,<br>Plaintiff,<br>v.<br>LEO APOTHEKER, et al.<br>Defendants,<br>-and-<br>HEWLETT-PACKARD COMPANY,<br>Nominal Defendant. | **CASE NO. 12-CV-06123**<br><br>Judge:  Hon. Charles R. Breyer<br>Complaint Filed: December 3, 2012 |

DECLARATION OF STANLEY MORRICAL IN SUPPORT OF CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF HIS SELECTION OF COUNSEL

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY,
LLP

| | |
|---|---|
| THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM,<br><br>  Plaintiff,<br>v.<br><br>LEO APOTHEKER, et al.<br><br>  Defendants,<br><br>  -and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>  Nominal Defendant. | **CASE NO. 12-CV-06416**<br><br>Judge:  Hon. Charles R. Breyer<br>Complaint Filed:  December 18, 2012 |
| JOSEPH TOLA,<br><br>  Plaintiff,<br>v.<br><br>MICHAEL R. LYNCH, et al.<br><br>  Defendants,<br><br>  -and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>  Nominal Defendant. | **CASE NO. 12-CV-06423**<br><br>Judge:  Hon. Charles R. Breyer<br>Complaint Filed:  December 18, 2012 |
| STANLEY MORRICAL,<br><br>  Plaintiff,<br>v.<br><br>MARGARET C. WHITMAN, et al.<br><br>  Defendants,<br><br>  -and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>  Nominal Defendant. | **CASE NO. 12-CV-06434**<br><br>Judge:  Hon. Charles R. Breyer<br>Complaint Filed:  December 19, 2012 |

**DECLARATION OF STANLEY MORRICAL IN SUPPORT OF CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF HIS SELECTION OF COUNSEL**

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY,
LLP

I, Stanley Morrical, submit this declaration in support of my motion to consolidate the above-captioned related shareholder derivative actions and to appoint me as Lead Plaintiff and appoint my counsel, Cotchett, Pitre & McCarthy, LLP ("CPM"), as Lead Counsel in the consolidated derivative action.

## BACKGROUND

1. I am a citizen of California. I live in San Mateo County and own a business in San Francisco County, both located in this District. I founded Morrical Financial Services in 1992 and have worked to serve the financial needs of the business community for more than 20 years. I work with clients to design and implement 401(k) plans and to help clients understand and meet their fiduciary responsibilities as plan sponsors. I have completed the Accredited Investment Fiduciary program at the Center for Fiduciary Studies. In the past, I have served as a Board member for a privately held winery. I regularly participate in events at the Silicon Valley Chapter of the National Association of Corporate Directors and at the Stanford University Rock Center for Corporate Governance. I have long been active in corporate governance issues and I am a strong advocate for improved corporate governance. Accordingly, I believe I have a good understanding of the business and fiduciary issues raised in this action.

2. I own 1,200 shares of HP and have continuously held these shares since 2010. I have not sold any HP shares and do not intend to during the duration of this action.

## LEAD PLAINTIFF

3. On November 20, 2012, HP issued a press release announcing that it would write down $8.8 billion of the value of Autonomy Corporation plc ("Autonomy"). As a shareholder, I was concerned about the issues raised by this write down as well as the press surrounding the write down. I immediately contacted CPM, a firm that I investigated and determined had a background in financial and fiduciary issues, particularly for publicly traded corporations in California (and incorporated in Delaware).

DECLARATION OF STANLEY MORRICAL IN SUPPORT OF CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF HIS SELECTION OF COUNSEL        1

4. On December 12, 2012, I authorized my counsel to send a demand letter to HP to inspect and copy HP's books and records pursuant to California Corporation Code § 1601 related to Autonomy.

5. On December 19, 2012, I authorized the filing of a shareholder derivative complaint on my behalf against certain members of HP's Board of Directors and its executive officers alleging that they breached fiduciary duties owed to HP.

6. On January 3, 2013, unsatisfied with HP's response to my December 12, 2012 request for books on records, I authorized the filing of the Verified Petition for Writ of Mandate for Inspection of Corporate Books and Records in Santa Clara Superior Court pursuant to California Corporation Code § 1603(a);

7. Based on my personal background, and my demonstrated commitment to the vigorous prosecution of this Action on HP's behalf, I believe I am able to represent the interests of all HP shareholders in this Action to ensure that Defendants are held accountable for their conduct. If appointed Lead Plaintiff, I will continue to take an active role in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of January 2013 at San Francisco, California.

DATED: January 25, 2013

_____
STANLEY MORRICAL

**DECLARATION OF STANLEY MORRICAL IN SUPPORT OF CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF HIS SELECTION OF COUNSEL**   2

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP