1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   MATTHEW W. POWELL (CA Bar No. 114563)
2  DANIEL L. BAXTER (CA Bar No. 203862)
   400 Capitol Mall, Twenty-Second Floor
3  Sacramento, California 95814

4  Telephone:    (916) 441-2430
   Facsimile:    (916) 442-6664
5  mpowell@wilkefleury.com
   dbaxter@wilkefleury.com
6
   WILLIAMS & CONNOLLY LLP
7  STEVEN M. FARINA (DC Bar No. 437078)*
   SARAH L. LOCHNER (IL Bar No. 6306461)*
8  * Pro Hac Vice applications pending
   725 Twelfth Street, NW
9  Washington, DC  20005

10 Telephone:    (202) 434-5000
   Facsimile:    (202) 434-5029
11 sfarina@wc.com
   slochner@wc.com
12

13 Attorneys for Defendant KPMG LLP

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  ERNESTO ESPINOZA, | Case No. 12-CV-06025 CRB |
| 18       Plaintiff, | **NOTICE OF APPEARANCE** |
| 19       v. | **Hon. Charles R. Breyer** |
| 20  MICHAEL R. LYNCH, et al., | |
| 21       Defendants, | |
| 22       -and- | |
| 23  HEWLETT-PACKARD COMPANY, | |
| 24       Nominal Defendant. | |

26       **TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

27       PLEASE TAKE NOTICE that Matthew W. Powell and Daniel L. Baxter of Wilke, Fleury,

28 Hoffelt, Gould & Birney, LLP, hereby appear as counsel for Defendant KPMG LLP.  They are

WILKE, FLEURY,
HOFFELT, GOULD &   912494.1                      -1-                         12-CV-06025 CRB
  BIRNEY, LLP
ATTORNEYS AT LAW                        NOTICE OF APPEARANCE
  SACRAMENTO

1  admitted to practice in the State of California and before this Court.  Their address, telephone number
2  and facsimile number are as follows:

>  Wilke, Fleury, Hoffelt, Gould & Birney, LLP
>  400 Capitol Mall, Twenty-Second Floor
>  Sacramento, CA 95814
>  Tel:   (916) 441-2430
>  Fax:   (916) 442-6664

7  Please serve said counsel with all pleadings and notices in this action.

8  DATED:  February 5, 2013          WILKE, FLEURY, HOFFELT,
                                     GOULD & BIRNEY, LLP

By:   /s/ Matthew W. Powell
      MATTHEW W. POWELL
      Attorneys for Defendant KPMG LLP

---

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

912494.1                    -2-                    12-CV-06025 CRB
NOTICE OF APPEARANCE