Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Ernesto Espinoza,      )
                              )  Case No: C12-06025CRB
                              )
               Plaintiff(s),  )  **APPLICATION FOR**
                              )  **ADMISSION OF ATTORNEY**
      v.                      )  **PRO HAC VICE**
Michael R. Lynch, et al.,     )  (CIVIL LOCAL RULE 11-3)
                              )
               Defendant(s).  )

I, Steven M. Farina , an active member in good standing of the bar of the District of Columbia , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: KPMG LLP in the above-entitled action. My local co-counsel in this case is Matthew W. Powell , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Williams & Connolly LLP | Wilke Fleury, et al., 400 Capitol Mall, 22nd Fl. |
| 725 12th Street, N.W., Washington, DC  20005 | Sacramento, CA  95814 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 202-434-5526 | 916-441-2430 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sfarina@wc.com | mpowell@wilkefleury.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 437078 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 2/5/2013
                                        Steven M. Farina
                                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steven M. Farina is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE