1  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (190264)
2  brobbins@robbinsarroyo.com
   FELIPE J. ARROYO (163803)
3  farroyo@robbinsarroyo.com
   SHANE P. SANDERS (237146)
4  ssanders@robbinsarroyo.com
   KEVIN S. KIM (275200)
5  kkim@robbinsarroyo.com
   600 B Street, Suite 1900
6  San Diego, CA 92101
   Telephone:  (619) 525-3990
7  Facsimile:  (619) 525-3991

8  *[Proposed] Co-Lead Counsel for Plaintiffs and*
   *Counsel for Plaintiffs Philip Ricciardi, Ernesto Espinoza,*
9  *and The City of Birmingham Retirement and Relief System*

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  PHILIP RICCIARDI, Derivatively on Behalf of  )   Lead Case No. 3:12-cv-06003-CRB
13  HEWLETT-PACKARD COMPANY,                     )
                                                 )
14                              Plaintiff,        )   RE-NOTICE OF MOTION OF
         v.                                       )   PLAINTIFFS PHILIP RICCIARDI,
15                                               )   ERNESTO ESPINOZA, AND THE CITY
    MICHAEL R. LYNCH, LÉO APOTHEKER,              )   OF BIRMINGHAM RETIREMENT AND
16  MARGARET C. WHITMAN, CATHERINE A.            )   RELIEF SYSTEM TO CONSOLIDATE
    LESJAK, G. KENNEDY THOMPSON, RAJIV          )   RELATED ACTIONS AND APPOINT
17  L. GUPTA, SHUMEET BANERJI, GARY M.           )   LEAD PLAINTIFF AND CO-LEAD
    REINER, JOHN H. HAMMERGREN, MARC            )   COUNSEL
18  L. ANDREESSEN, RAYMOND J. LANE,              )
    PATRICIA F. RUSSO, ANN M.                    )
19  LIVERMORE, RALPH V. WHITWORTH,               )
    SHANE V. ROBISON, LAWRENCE T.                )
20  BABBIO, JR., SARI M. BALDAUF,                )
    DOMINIQUE SENEQUIER, DELOITTE LLP,          )
21  KPMG LLP, PERELLA WEINBERG                    )
    PARTNERS UK LLP, and BARCLAYS                )
22  CAPITAL,                                     )
                                                 )   Judge:  Hon. Charles R. Breyer
23                              Defendants,       )   Courtroom:  6, 17th Floor
         -and-                                    )   Date Action Filed:  November 26, 2012
24                                               )
    HEWLET-PACKARD COMPANY, a                    )   Hearing Date:  March 1, 2013
25  Delaware corporation,                        )   Hearing Time:  10:00 a.m.
                                                 )
26    Nominal Defendant.                          )
    [Caption continued on following page.]
27

28  RE-NOTICE OF MOT. TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF AND CO-LEAD COUNSEL

    Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-
    CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | | |
|---|---|---|
| 1 | ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | ) Case No. 3:12-cv-06025-CRB |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| | v. | ) |
| 4 | MICHAEL R. LYNCH, LÉO APOTHEKER, | ) |
| 5 | MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, G. KENNEDY | ) |
| 6 | THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. | ) |
| 7 | HAMMERGREN, MARC L. ANDREESSEN, RAYMOND J. LANE, PATRICIA F. RUSSO, | ) |
| 8 | ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBISON, | ) |
| 9 | LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, | ) |
| 10 | DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP, and | ) |
| 11 | BARCLAYS CAPITAL, | ) |
| 12 | Defendants, | ) |
| | -and- | ) |
| 13 | HEWLETT-PACKARD COMPANY, a | ) |
| 14 | Delaware corporation, | ) Judge: Hon. Charles R. Breyer<br>) Courtroom: 6, 17th Floor |
| 15 | Nominal Defendant. | ) Date Action Filed: November 27, 2012 |
| | [Caption continued on following page.] | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RE-NOTICE OF MOT. TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | | |
|---|---|---|
| 1 | ANDREA BASCHERI and JIM CHUNG, derivatively on behalf of HEWLETT-PACKARD COMPANY, | ) ) ) | Case No. 3:12-cv-06091-CRB |

ANDREA BASCHERI and JIM CHUNG, derivatively on behalf of HEWLETT-PACKARD COMPANY,   )
                                                                                    )
                Plaintiffs,                                                         )
        v.                                                                          )
                                                                                    )
LÉO APOTHEKER; MICHAEL R. LYNCH;                                                    )
SHANE V. ROBISON; CATHERINE A.                                                      )
LESJA; MARC L. ANDREESSEN;                                                          )
SHUMEET BANERJI; RAJIV L. GUPTA;                                                    )
JOHN H. HAMMERGREN; RAYMOND J.                                                      )
LANE; ANN M. LIVERMORE; GARY M.                                                     )
REINER; PATRICIA F. RUSSO; G.                                                       )
KENNEDY THOMPSON; MARGARET C.                                                       )
WHITMAN; RALPH V. WHITWORTH;                                                        )
LAWRENCE T. BABBIO, JR.; DOMINIQUE                                                  )
SENEQUIER; KPMG LLP; DELOITTE LLP;                                                  )
and DOES 1 through 20, inclusive,                                                   )
                                                                                    )
                Defendants,                                                         )
        -and-                                                                       )
                                                                                    )
HEWLETT-PACKARD COMPANY,                                                            )   Judge:  Hon. Charles R. Breyer
                                                                                    )   Courtroom:  6, 17th Floor
                Nominal Defendant.                                                  )   Date Action Filed:  November 30, 2012

Case No. 3:12-cv-06091-CRB

[Caption continued on following page.]

RE-NOTICE OF MOT. TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | |
|---|---|
| 1  MARTIN BERTISCH, derivatively on Behalf of HEWLETT-PACKARD COMPANY, | )<br>) Case No. 3:12-cv-06123-CRB<br>) |
| 2 | ) |
| 3              Plaintiff, | ) |
|        v. | ) |
| 4  LÉO APOTHEKER, CATHERINE A. | ) |
|    LESJAK, MARC L. ANDREESSEN, | ) |
| 5  LAWRENCE T. BABBIO, JR., SARI M. | ) |
|    BALDAUF, SHUMEET BANERJI, RAJIV L. | ) |
| 6  GUPTA, JOHN H. HAMMERGREN, | ) |
|    RAYMOND J. LANE, ANN M. LIVERMORE, | ) |
| 7  GARY M. REINER, PATRICIA F. RUSSO, | ) |
|    DOMINIQUE SENEQUIER, G. KENNEDY | ) |
| 8  THOMPSON, MARGARET C. WHITMAN, | ) |
|    RALPH V. WHITWORTH, MICHAEL R. | ) |
| 9  LYNCH, JAMES T. MURRIN, SHANE V. | ) |
|    ROBISON, KPMG LLP, PERELLA | ) |
| 10 WEINBERG, and BARCLAYS CAPITAL, | ) |
| 11             Defendants, | ) |
|        -and- | ) |
| 12 | ) |
|    HEWLETT-PACKARD COMPANY, a | ) |
| 13 Delaware corporation, | ) Judge:  Hon. Charles R. Breyer |
|    | ) Courtroom:  6, 17th Floor |
| 14             Nominal Defendant. | ) Date Action Filed:  December 3, 2012 |
| 15 [Caption continued on following page.] | |

RE-NOTICE OF MOT. TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | |
|---|---|
| 1 | THE CITY OF BIRMINGHAM |
| | RETIREMENT AND RELIEF SYSTEM, |
| 2 | Derivatively and on Behalf of HEWLETT |
| | PACKARD COMPANY, |
| 3 | |
| | Plaintiff, |
| 4 | v. |
| 5 | LEO APOTHEKER, MICHAEL LYNCH, |
| | CATHERINE A. LESJACK, JAMES |
| 6 | MURRIN, SHANE ROBISON, MARC |
| | ANDREESEN, SHUMEET BANDERJI, |
| 7 | RAJIV GUPTA, JOHN HAMMERGREN, |
| | RAYMOND LANE, ANN LIVERMORE, |
| 8 | GARY REINER PATRICIA RUSSO, G. |
| | KENNEDY THOMSPSON, MARGARET |
| 9 | WHITMAN, RALPH WHITWORTH, SARI |
| | BALDAUF, DOMINIQUE SENEQUIER, |
| 10 | LAWRENCE BABBIO, JR., DELOITTE LLP, |
| | PERELLA WEINBERG PARTNERS UK LLP, |
| 11 | and BARCLAYS CAPITAL, |
| 12 | Defendants, |
| | and |
| 13 | |
| | HEWLETT-PACKARD COMPANY, |
| 14 | |
| | Nominal Defendant. |
| 15 | [Caption continued on following page.] |

Case No. 3:12-cv-06416-CRB

Judge:  Hon. Charles R. Breyer
Courtroom:  Courtroom:  6, 17th Floor
Date Action Filed:  December 18, 2012

RE-NOTICE OF MOT. TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-
CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | |
|---|---|
| JOSEPH TOLA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | Case No. 3:12-cv-06423-CRB |
| Plaintiff, | |
| v. | |
| MICHAEL R. LYNCH, LÉO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, G. KENNEDY THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. HAMMERGREN, MARC L. ANDREESSEN, RAYMOND J. LANE, PATRICIA F. RUSSO, ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBISON, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP, and BARCLAYS CAPITAL SECURITIES LTD., | |
| Defendants, | |
| -and- | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, | Judge:  Hon. Charles R. Breyer |
| | Courtroom:  6, 17th Floor |
| Nominal Defendant. | Date Action Filed:  December 19, 2012 |

[Caption continued on following page.]

RE-NOTICE OF MOT. TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | |
|---|---|
| STANLEY MORRICAL, | ) Case No. 3:12-cv-06434-CRB |
| Plaintiff, | ) |
| v. | ) |
| MARGARET C. WHITMAN; LÉO APOTHEKER; RAYMOND J. LANE; MARC L. ANDREESSEN; SHUMEET BANERJI; RAJIV L. GUPTA; JOHN H. HAMMERGREN; ANN M. LIVERMORE; GARY M. REINER; PATRICIA F. RUSSO; G. KENNEDY THOMPSON; RALPH V. WHITWORTH; LAWRENCE T. BABBIO, JR.; SARI. M. BALDAUF; DOMINIQUE SENEQUIER; BARCLAYS INVESTMENT BANK; PERELLA WEINBERG PARTNERS LP; and KPMG LLP | ) |
| Defendants, | ) |
| -and- | ) |
| HEWLETT-PACKARD COMPANY, | ) Judge:  Hon. Charles R. Breyer |
| Nominal Defendant. | ) Courtroom:  6, 17th Floor<br>) Date Action Filed:  November 30, 2012 |

RE-NOTICE OF MOT. TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

1

## RE-NOTICE OF MOTION

2       PLEASE TAKE NOTICE that on March 1, 2013, at 10:00 a.m., or as soon thereafter as

3  counsel may be heard by the Honorable Charles R. Breyer in Courtroom 6, 17th Floor of the

4  U.S. District Court for the Northern District of California, San Francisco Division, 450 Golden

5  Gate Avenue, San Francisco, California, 94102, plaintiffs Philip Ricciardi,  Ernesto Espinoza,

6  and The City of Birmingham Retirement and Relief System ("Birmingham," and, collectively

7  with plaintiffs Ricciardi and Espinoza, "Plaintiffs") will, and hereby do, move this Court for an

8  order consolidating the seven above-captioned related shareholder derivative actions filed in this

9  Court on behalf of nominal defendant Hewlett-Packard Company (the "Related Actions") and

10 appointing plaintiff Birmingham as Lead Plaintiff and Robbins Arroyo LLP and Saxena White

11 P.A. as Co-Lead Counsel pursuant to Rule 42 of the Federal Rules of Civil Procedure.

12      Plaintiffs' Notice of Motion and Motion of Plaintiffs Philip Ricciardi, Ernesto Espinoza,

13 and the City of Birmingham Retirement and Relief System to Consolidate Related Actions and

14 Appoint Lead Plaintiff and Co-Lead Counsel was filed and served in each of the Related Actions

15 on January 25, 2013.  Pursuant to Civil L.R. 7.2, Plaintiffs file this Re-Notice of Motion to reset

16 the hearing date of Plaintiffs' motion to March 1, 2013.

17      Plaintiffs' motion is based on this Re-Notice of Motion; the Memorandum of Points and

18 Authorities, including the accompanying declarations, exhibits, and proposed order, filed on

19 January 25, 2013; the complete files and records in these actions; and such oral argument as the

20 Court may consider in deciding this Motion.

21

22

23

24

25

26

27

- 1 -

28
RE-NOTICE OF MOT. TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

Dated: February 8, 2013                    ROBBINS ARROYO LLP
                                           BRIAN J. ROBBINS
                                           FELIPE J. ARROYO
                                           SHANE P. SANDERS
                                           KEVIN S. KIM

                                                   /s/ Shane P. Sanders
                                           ─────────────────────────────
                                               SHANE P. SANDERS

                                           600 B Street, Suite 1900
                                           San Diego, CA 92101
                                           Telephone:  (619) 525-3990
                                           Facsimile: (619) 525-3991
                                           brobbins@robbinsarroyo.com
                                           farroyo@robbinsarroyo.com
                                           ssanders@robbinsarroyo.com
                                           kkim@robbinsarroyo.com

                                           SAXENA WHITE P.A.
                                           JOSEPH E. WHITE, III
                                           LESTER R. HOOKER (241590)
                                           ADAM WARDEN
                                           2424 North Federal Highway
                                           Suite 257
                                           Boca Raton, FL 33431
                                           Telephone: (561) 394-3399
                                           Facsimile: (561) 394-3382
                                           jwhite@saxenawhite.com
                                           lhooker@saxenawhite.com
                                           awarden@saxenawhite.com

                                           *[Proposed] Co-Lead Counsel for Plaintiffs and*
                                           *Counsel for Plaintiffs Philip Ricciardi, Ernesto*
                                           *Espinoza, and The City of Birmingham*
                                           *Retirement and Relief System*

834908

- 2 -

RE-NOTICE OF MOT. TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

1

**CERTIFICATE OF SERVICE**

2
     I hereby certify that on February 8, 2013, I electronically filed the foregoing with the

3
Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-

4
mail addresses denoted on the attached Electronic Mail Notice Lists, and I further certify that I

5
have mailed the foregoing document via the United States Postal Service to the non-CM/ECF

6
participants indicated on the attached Manual Notice Lists.

7

8
                                 /s/ Shane P. Sanders

9
                                 SHANE P. SANDERS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

              - 3 -

28
RE-NOTICE OF MOT. TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

# Mailing Information for a Case 3:12-cv-06003-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Daniel Lawrence Baxter**
  dbaxter@wilkefleury.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Kevin S. Kim**
  kkim@robbinsarroyo.com,notice@robbinsarroyo.com

- **Sarah Lynn Lochner**
  slochner@wc.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Matthew Wells Powell**
  mpowell@wilkefleury.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Jeffrey Michael Walker**

jwalker@cooley.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 3:12-cv-06025-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Daniel Lawrence Baxter**
  dbaxter@wilkefleury.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Kevin S. Kim**
  kkim@robbinsarroyo.com,notice@robbinsarroyo.com

- **Sarah Lynn Lochner**
  slochner@wc.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Matthew Wells Powell**
  mpowell@wilkefleury.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:12-cv-06091-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Mailing Information for a Case 3:12-cv-06123-CRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,davide@johnsonandweaver.com,jessicam@johnsonandweaver.com,brett@johnsonandweaver.com,shawnf@johnsonandweaver.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **Brett Michael Weaver**
  brettw@johnsonandweaver.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:12-cv-06416-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Kevin S. Kim**
  kkim@robbinsarroyo.com,notice@robbinsarroyo.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **Adam David Warden**
  awarden@saxenawhite.com

- **Joseph Edward White , III**
  jwhite@saxenawhite.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:12-cv-06423-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,arivas@finkelsteinthompson.com,cfinley@finkelsteinthompson.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Danielle A Stoumbos**
  dstoumbos@finkelsteinthompson.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 3:12-cv-06434-CRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Audrey Ann Barron**
  audrey.barron@shearman.com

- **Daniel Lawrence Baxter**
  dbaxter@wilkefleury.com

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Frank Cadmus Damrell , Jr**
  fdamrell@cpmlegal.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Alan S. Goudiss**
  AGoudiss@shearman.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Aron K. Liang**
  aliang@cpmlegal.com,edetert@cpmlegal.com,oszeto@cpmlegal.com,jperez@cpmlegal.com

- **Sarah Lynn Lochner**
  slochner@wc.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Matthew Wells Powell**
  mpowell@wilkefleury.com

- **Sara Ann Ricciardi**
  sara.ricciardi@shearman.com

- **Patrick David Robbins**

probbins@shearman.com,rcheatham@shearman.com,abarron@shearman.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Nanci          Eiko Nishimura**
Cotchett Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010