DANIEL BOOKIN (S.B. #78996)
dbookin@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendant
Shane V. Robison

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL R. LYNCH, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, G. KENNEDY THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. HAMMERGREN, MARC L. ANDREESSEN, RAYMOND J. LANE, PATRICIA F. RUSSO, ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBISON, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP, and BARCLAYS CAPITAL,<br><br>Defendants,<br><br>    and<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Nominal Defendant. | Case No. 12-CV-06025-CRB<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT SHANE V. ROBISON**<br><br>Hon. Charles R. Breyer |

1  **TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF**
2  **RECORD:**
3   **PLEASE TAKE NOTICE** that Daniel Bookin and Matthew W. Close of O'Melveny &
4  Myers LLP, hereby appear as counsel for Defendant Shane V. Robison.  They are admitted to
5  practice in the State of California and before this Court.  Their addresses, telephone and facsimile
6  numbers are as follows:

    O'MELVENY & MYERS LLP
    Daniel Bookin
    Two Embarcadero Center, 28th Floor
    San Francisco, CA 94111-3823
    Telephone: (415) 984-8700
    Facsimile: (415) 984-8701

    O'MELVENY & MYERS LLP
    Matthew W. Close
    400 South Hope Street
    Los Angeles, California  90071-2899
    Telephone: (213) 430-6000
    Facsimile: (213) 430-6407

14  Please serve said counsel with all pleadings, notices, and other filings in this action.

Dated:  February 8, 2013    O'MELVENY & MYERS LLP


         By: /s/ Daniel Bookin
           Daniel Bookin
           Matthew W. Close
           Attorneys for Defendant
           Shane V. Robison