1  KEVIN P. MUCK  (CSB No. 120918)
   kmuck@fenwick.com
2  MARIE C. BAFUS  (CSB No. 258417)
   mbafus@fenwick.com
3  TAHIR I. GOLDEN  (CSB No. 282948)
   tgolden@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, California  94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  Attorneys for Defendant James T. Murrin

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                     SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL R. LYNCH, et al.,<br><br>Defendants,<br><br>-and-<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 12-cv-06025-CRB<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT JAMES T. MURRIN**<br><br>[Civ. L.R. 5-1(c)(2)(A)] |

TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:

   PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(A), that Kevin P. Muck, Marie C. Bafus and Tahir I. Golden of Fenwick & West LLP hereby appear as counsel of record in this action for defendant James T. Murrin.  Mr. Muck, Ms. Bafus and Mr. Golden are all

admitted to practice in California and before this Court. Their address, telephone number and facsimile number are as follows:

>Fenwick & West LLP
>555 California Street, 12th Floor
>San Francisco, California 94104
>Telephone: (415) 875-2300
>Facsimile: (415) 281-1350

For purposes of Notices of Electronic Filing, Defendant's Counsels' email addresses are as follows:

| | |
|---|---|
| Kevin P. Muck | kmuck@fenwick.com |
| Marie C. Bafus | mbafus@fenwick.com |
| Tahir I. Golden | tgolden@fenwick.com |

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated: February 8, 2013        FENWICK & WEST LLP

By: ___/s/ *Marie C. Bafus*___
  Marie C. Bafus

Attorneys for Defendant James T. Murrin