MORGAN, LEWIS & BOCKIUS LLP
JOSEPH E. FLOREN (State Bar No. 168292)
KIMBERLY A. KANE (State Bar No. 226896)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jfloren@morganlewis.com
kkane@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
MARC J. SONNENFELD (*Pro Hac Vice*)
KAREN PIESLAK POHLMANN (*Pro Hac Vice*)
1701 Market Street
Philadelphia, PA 19103-3921
Tel: 215.963.5000
Fax: 215.963.5001
E-mail: msonnenfeld@morganlewis.com
kpohlmann@morganlewis.com

Attorneys for Nominal Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP RICCIARDI, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL R. LYNCH, et al.,<br><br>Defendants,<br><br>-and-<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Nominal Defendant. | Case No. 3:12-cv-06003-CRB<br><br>**NOMINAL DEFENDANT HEWLETT-PACKARD COMPANY'S RESPONSE TO MOTIONS SEEKING CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**<br><br>Date: March 1, 2013<br>Time: 10:00 a.m.<br>Dept: Courtroom 6, 17th Floor<br>Judge: Hon. Charles R. Breyer<br><br>Complaint filed: Nov. 26, 2012<br>Trial date: None Set |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HP'S RESPONSE TO MOTIONS SEEKING CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF & APPROVAL OF LEAD COUNSEL

1

CASE NOS. 12-CV-6003 CRB; 12-CV-6025 CRB; 12-CV-6091 CRB; 12-CV-6123 CRB; 12-CV-6416 CRB; 12-CV-6423 CRB; 12-CV-6434 CRB

| | | |
|---|---|---|
| 1 | ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | Case No. 3:12-cv-06025-CRB |
| 2 | | |
| 3 | Plaintiff, | Complaint filed: Nov. 27, 2012<br>Trial date: None Set |
| 4 | v. | |
| 5 | MICHAEL R. LYNCH, et al., | |
| 6 | Defendants,<br>-and- | |
| 7 | HEWLETT-PACKARD COMPANY, a Delaware Corporation, | |
| 8 | | |
| 9 | Nominal Defendant. | |
| 10 | ANDREA BASCHERI and JIM CHUNG, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | Case No. 3:12-cv-06091-CRB |
| 11 | | |
| 12 | Plaintiffs, | Complaint filed: Nov. 30, 2012<br>Trial date: None Set |
| 13 | v. | |
| 14 | LEO APOTHEKER, et al., | |
| 15 | Defendants,<br>-and- | |
| 16 | | |
| 17 | HEWLETT-PACKARD COMPANY, | |
| 18 | Nominal Defendant. | |
| 19 | MARTIN BERTISCH, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | Case No. 3:12-cv-06123-CRB |
| 20 | Plaintiff, | |
| 21 | v. | Complaint filed: Dec. 3, 2012<br>Trial date: None Set |
| 22 | LEO APOTHEKER, et al., | |
| 23 | Defendants, | |
| 24 | -and- | |
| 25 | HEWLETT-PACKARD COMPANY, a Delaware corporation, | |
| 26 | | |
| 27 | Nominal Defendant. | |
| 28 | | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HP'S RESPONSE TO MOTIONS SEEKING CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF & APPROVAL OF LEAD COUNSEL

2

CASE NOS. 12-CV-6003 CRB; 12-CV-6025 CRB; 12-CV-6091 CRB; 12-CV-6123 CRB; 12-CV-6416 CRB; 12-CV-6423 CRB; 12-CV-6434 CRB

| | | |
|---|---|---|
| 1 | THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | Case No. 3:12-cv-06416-CRB |
| 2 | | |
| 3 | Plaintiff, | Complaint filed: Dec. 18, 2012<br>Trial date: None Set |
| 4 | v. | |
| 5 | LEO APOTHEKER, et al., | |
| 6 | Defendants, | |
| 7 | -and- | |
| 8 | HEWLETT-PACKARD COMPANY | |
| 9 | Nominal Defendant. | |
| 10 | JOSEPH TOLA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | Case No. 3:12-cv-06423-CRB |
| 11 | | |
| 12 | Plaintiff, | Complaint filed: Dec. 18, 2012<br>Trial date: None Set |
| 13 | v. | |
| 14 | MICHAEL R. LYNCH, et al., | |
| 15 | Defendants, | |
| 16 | -and- | |
| 17 | HEWLETT-PACKARD COMPANY, a Delaware corporation. | |
| 18 | Nominal Defendant. | |
| 19 | STANLEY MORRICAL, | Case No. 3:12-cv-06434-CRB |
| 20 | | |
| 21 | Plaintiff, | |
| 22 | v. | Complaint filed: Dec. 19, 2012<br>Trial date: None Set |
| 23 | MARGARET C. WHITMAN, et al., | |
| 24 | Defendants, | |
| 25 | -and- | |
| 26 | HEWLETT-PACKARD COMPANY, | |
| 27 | Nominal Defendant. | |
| 28 | | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HP'S RESPONSE TO MOTIONS SEEKING CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF & APPROVAL OF LEAD COUNSEL

3

CASE NOS. 12-CV-6003 CRB; 12-CV-6025 CRB; 12-CV-6091 CRB; 12-CV-6123 CRB; 12-CV-6416 CRB; 12-CV-6423 CRB; 12-CV-6434 CRB

Nominal Defendant Hewlett-Packard Company ("HP") hereby submits this Response to the pending motions for consolidation, appointment of lead plaintiff and for approval of movants' selection of lead counsel (the "Motions").

HP agrees that the above-captioned cases should be consolidated into a single action and its counsel has been working with other counsel of record in the above-captioned cases on a stipulation to provide for an orderly consolidation and related procedures for responsive pleadings and/or motions, which HP anticipates will be submitted to the court shortly following the parties agreement. HP otherwise takes no position with respect to the motions, and specifically takes no position with respect to the appointment of lead plaintiff or lead plaintiff's counsel, and expressly reserves all rights and defenses in this matter, including, but not limited to, the right to assert that any Lead Plaintiff does not have standing to bring a derivative action on behalf of HP, or that any Lead Plaintiff has otherwise failed to comply with the requirements of Federal Rule of Civil Procedure 23.1.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

Dated: February 8, 2013

By /s/ Joseph E. Floren
JOSEPH E. FLOREN

Attorneys for Nominal Defendant
HEWLETT-PACKARD COMPANY

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HP'S RESPONSE TO MOTIONS SEEKING CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF & APPROVAL OF LEAD COUNSEL

4

CASE NOS. 12-CV-6003 CRB; 12-CV-6025 CRB; 12-CV-6091 CRB; 12-CV-6123 CRB; 12-CV-6416 CRB; 12-CV-6423 CRB; 12-CV-6434 CRB