KEVIN P. MUCK  (CSB No. 120918)
kmuck@fenwick.com
MARIE C. BAFUS  (CSB No. 258417)
mbafus@fenwick.com
TAHIR I. GOLDEN  (CSB No. 282948)
tgolden@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant
James T. Murrin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL R. LYNCH, et al.,<br><br>             Defendants,<br>-and-<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>             Nominal Defendant | Case No. 12-cv-06025-CRB<br><br>**DEFENDANT JAMES T. MURRIN'S JOINDER IN NOMINAL DEFENDANT HEWLETT-PACKARD COMPANY'S RESPONSE TO MOTIONS SEEKING CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**<br><br>Date:  March 1, 2013<br>Time:  10:00 a.m.<br>Dept:  Courtroom 6, 17th Floor<br>Judge:  Hon. Charles R. Breyer<br><br>Complaint filed: Nov. 27, 2012<br>Trial date: None set |
| MARTIN BERTISCH, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>LEO APOTHEKER, et al.,<br><br>             Defendants,<br>-and- | Case No. 12-cv-06123-CRB<br><br><br><br>Complaint filed: Dec. 3, 2012<br>Trial Date: None set |

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>                Nominal Defendant. | |
| THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>                Plaintiff,<br><br>   v.<br><br>LEO APOTHEKER, et al.,<br><br>                Defendants,<br><br>-and-<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>                Nominal Defendant. | Case No. 12-cv-06416-CRB<br><br><br>Complaint filed: Dec. 18, 2012<br>Trial Date: None set |
| JOSEPH TOLA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL R. LYNCH, et al.,<br><br>                Defendants,<br>-and-<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>                Nominal Defendant. | Case No. 12-cv-06423-CRB<br><br><br>Complaint filed: Dec. 18, 2012<br>Trial Date: None set |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1 | Defendant James T. Murrin hereby joins in Nominal Defendant Hewlett-Packard
2 | Company's Response to Motions Seeking Consolidation of All Related Actions, Appointment of
3 | Lead Plaintiff and Appointment of Lead Counsel ("Response"), filed February 8, 2013.
4 | Mr. Murrin adopts by reference the arguments and authorities set forth in that Response.

Dated: February 8, 2013                    FENWICK & WEST LLP


By:        /s/ Marie C. Bafus
                Marie C. Bafus

Attorneys for Defendant
James T. Murrin

1

JOINDER IN HP'S RESPONSE TO MOT. RE CONSOLIDATION,      Case Nos. 12-cv-06025-CRB; 12-cv-06123-CRB;
APPOINTMENT OF LEAD PL. & APPROVAL OF LEAD COUNSEL             12-cv-06416-CRB; 12-cv-06423-CRB