1  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (190264)
2  brobbins@robbinsarroyo.com
   FELIPE J. ARROYO (163803)
3  farroyo@robbinsarroyo.com
   SHANE P. SANDERS (237146)
4  ssanders@robbinsarroyo.com
   KEVIN S. KIM (275200)
5  kkim@robbinsarroyo.com
   600 B Street, Suite 1900
6  San Diego, CA 92101
   Telephone: (619) 525-3990
7  Facsimile: (619) 525-3991

8  *[Proposed] Co-Lead Counsel for Plaintiffs and*
   *Counsel for Plaintiffs Philip Ricciardi, Ernesto Espinoza,*
9  *and The City of Birmingham Retirement and Relief System*

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  PHILIP RICCIARDI, Derivatively on Behalf of )   Lead Case No. 3:12-cv-06003-CRB
    HEWLETT-PACKARD COMPANY,                    )
                                                )
14                     Plaintiff,               )
                                                )
15         v.                                   )   DECLARATION OF SHANE P.
                                                )   SANDERS IN SUPPORT OF
16  MICHAEL R. LYNCH, LÉO APOTHEKER,            )   OPPOSITION OF PLAINTIFFS PHILIP
    MARGARET C. WHITMAN, CATHERINE A.           )   RICCIARDI, ERNESTO ESPINOZA,
    LESJAK, G. KENNEDY THOMPSON, RAJIV          )   AND THE CITY OF BIRMINGHAM
17  L. GUPTA, SHUMEET BANERJI, GARY M.          )   RETIREMENT AND RELIEF SYSTEM
    REINER, JOHN H. HAMMERGREN, MARC            )   TO THE MOTION OF PLAINTIFFS
18  L. ANDREESSEN, RAYMOND J. LANE,             )   STANLEY MORRICAL, ANDREA
    PATRICIA F. RUSSO, ANN M.                   )   BASCHERI, JIM CHUNG, AND JOSEPH
19  LIVERMORE, RALPH V. WHITWORTH,              )   TOLA TO CONSOLIDATE RELATED
    SHANE V. ROBISON, LAWRENCE T.               )   ACTIONS APPOINT LEAD PLAINTIFF,
20  BABBIO, JR., SARI M. BALDAUF,               )   AND APPROVAL OF LEADERSHIP
    DOMINIQUE SENEQUIER, DELOITTE LLP,          )   STRUCTURE
21  KPMG LLP, PERELLA WEINBERG                  )
    PARTNERS UK LLP, and BARCLAYS               )
22  CAPITAL,                                    )
                                                )
23                     Defendants,              )
           -and-                                )   Judge: Hon. Charles R. Breyer
24                                              )   Courtroom: 6, 17th Floor
    HEWLET-PACKARD COMPANY, a                   )   Date Action Filed: November 26, 2012
25  Delaware corporation,                       )
                                                )   Hearing Date: March 1, 2013
26     Nominal Defendant.                       )   Hearing Time: 10:00 a.m.
27  [Caption continued on following page.]

28  ─────────────────────────────────────────────────
                    DECLARATION OF SHANE P. SANDERS

    Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-
                                    CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | | |
|---|---|---|
| 1 | ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | ) Case No. 3:12-cv-06025-CRB |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| | v. | ) |
| 4 | MICHAEL R. LYNCH, LÉO APOTHEKER, | ) |
| 5 | MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, G. KENNEDY | ) |
| 6 | THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. | ) |
| 7 | HAMMERGREN, MARC L. ANDREESSEN, RAYMOND J. LANE, PATRICIA F. RUSSO, | ) |
| 8 | ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBISON, | ) |
| 9 | LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, | ) |
| 10 | DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP, and | ) |
| 11 | BARCLAYS CAPITAL, | ) |
| 12 | Defendants, | ) |
| | -and- | ) |
| 13 | HEWLETT-PACKARD COMPANY, a | ) |
| 14 | Delaware corporation, | ) Judge: Hon. Charles R. Breyer |
| 15 | Nominal Defendant. | ) Courtroom: 6, 17th Floor |
| | [Caption continued on following page.] | ) Date Action Filed: November 27, 2012 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF SHANE P. SANDERS

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

1   ANDREA BASCHERI and JIM CHUNG,            )   Case No. 3:12-cv-06091-CRB
    derivatively on behalf of HEWLETT-        )
2   PACKARD COMPANY,                          )
                                              )
3                        Plaintiffs,          )
                v.                            )
4                                             )
    LÉO APOTHEKER; MICHAEL R. LYNCH;          )
5   SHANE V. ROBISON; CATHERINE A.            )
    LESJA; MARC L. ANDREESSEN;                )
6   SHUMEET BANERJI; RAJIV L. GUPTA;          )
    JOHN H. HAMMERGREN; RAYMOND J.            )
7   LANE; ANN M. LIVERMORE; GARY M.           )
    REINER; PATRICIA F. RUSSO; G.             )
8   KENNEDY THOMPSON; MARGARET C.             )
    WHITMAN; RALPH V. WHITWORTH;              )
9   LAWRENCE T. BABBIO, JR.; DOMINIQUE        )
    SENEQUIER; KPMG LLP; DELOITTE LLP;        )
10  and DOES 1 through 20, inclusive,         )
                                              )
11                       Defendants,          )
                -and-                         )
12                                            )
    HEWLETT-PACKARD COMPANY,                  )   Judge:  Hon. Charles R. Breyer
13                                            )   Courtroom:  6, 17th Floor
                         Nominal Defendant.   )   Date Action Filed:  November 30, 2012
14  [Caption continued on following page.]

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                    DECLARATION OF SHANE P. SANDERS

        Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-
                                CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | | |
|---|---|---|
| 1 | MARTIN BERTISCH, derivatively on Behalf of HEWLETT-PACKARD COMPANY, | ) ) | Case No. 3:12-cv-06123-CRB |
| 2 | | ) ) | |
| 3 | Plaintiff, v. | ) ) ) | |
| 4 | LÉO APOTHEKER, CATHERINE A. | ) ) | |
| 5 | LESJAK, MARC L. ANDREESSEN, LAWRENCE T. BABBIO, JR., SARI M. | ) ) | |
| 6 | BALDAUF, SHUMEET BANERJI, RAJIV L. GUPTA, JOHN H. HAMMERGREN, | ) ) | |
| 7 | RAYMOND J. LANE, ANN M. LIVERMORE, GARY M. REINER, PATRICIA F. RUSSO, | ) ) | |
| 8 | DOMINIQUE SENEQUIER, G. KENNEDY THOMPSON, MARGARET C. WHITMAN, | ) ) | |
| 9 | RALPH V. WHITWORTH, MICHAEL R. LYNCH, JAMES T. MURRIN, SHANE V. | ) ) | |
| 10 | ROBISON, KPMG LLP, PERELLA WEINBERG, and BARCLAYS CAPITAL, | ) ) | |
| 11 | Defendants, | ) ) | |
| 12 | -and- | ) ) | |
| 13 | HEWLETT-PACKARD COMPANY, a Delaware corporation, | ) ) | Judge:  Hon. Charles R. Breyer |
| 14 | Nominal Defendant. | ) ) | Courtroom:  6, 17th Floor Date Action Filed:  December 3, 2012 |
| 15 | [Caption continued on following page.] | | |

DECLARATION OF SHANE P. SANDERS

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | | |
|---|---|---|
| 1 | THE CITY OF BIRMINGHAM | ) Case No. 3:12-cv-06416-CRB |
| | RETIREMENT AND RELIEF SYSTEM, | ) |
| 2 | Derivatively and on Behalf of HEWLETT- | ) |
| | PACKARD COMPANY, | ) |
| 3 | | ) |
| | Plaintiff, | ) |
| 4 | v. | ) |
| 5 | LEO APOTHEKER, MICHAEL LYNCH, | ) |
| | CATHERINE A. LESJACK, JAMES | ) |
| 6 | MURRIN, SHANE ROBISON, MARC | ) |
| | ANDREESEN, SHUMEET BANDERJI, | ) |
| 7 | RAJIV GUPTA, JOHN HAMMERGREN, | ) |
| | RAYMOND LANE, ANN LIVERMORE, | ) |
| 8 | GARY REINER PATRICIA RUSSO, G. | ) |
| | KENNEDY THOMSPSON, MARGARET | ) |
| 9 | WHITMAN, RALPH WHITWORTH, SARI | ) |
| | BALDAUF, DOMINIQUE SENEQUIER, | ) |
| 10 | LAWRENCE BABBIO, JR., DELOITTE LLP, | ) |
| | PERELLA WEINBERG PARTNERS UK LLP, | ) |
| 11 | and BARCLAYS CAPITAL, | ) |
| 12 | Defendants, | ) |
| 13 | and | ) |
| 14 | HEWLETT-PACKARD COMPANY, | ) Judge: Hon. Charles R. Breyer |
| | | ) Courtroom: 6, 17th Floor |
| 15 | Nominal Defendant. | ) Date Action Filed: December 18, 2012 |

[Caption continued on following page.]

DECLARATION OF SHANE P. SANDERS

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | | |
|---|---|---|
| 1 | JOSEPH TOLA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | ) ) | Case No. 3:12-cv-06423-CRB |
| 2 | | ) ) | |
| 3 | Plaintiff, | ) ) | |
| | v. | ) ) | |
| 4 | MICHAEL R. LYNCH, LÉO APOTHEKER, | ) ) | |
| 5 | MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, G. KENNEDY | ) ) | |
| 6 | THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. | ) ) | |
| 7 | HAMMERGREN, MARC L. ANDREESSEN, RAYMOND J. LANE, PATRICIA F. RUSSO, | ) ) | |
| 8 | ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBISON, | ) ) | |
| 9 | LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, | ) ) | |
| 10 | DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP, and | ) ) | |
| 11 | BARCLAYS CAPITAL SECURITIES LTD., | ) ) | |
| 12 | Defendants, -and- | ) ) | |
| 13 | HEWLETT-PACKARD COMPANY, a | ) ) | |
| 14 | Delaware corporation, | ) ) | Judge:  Hon. Charles R. Breyer Courtroom:  6, 17th Floor |
| 15 | Nominal Defendant. | ) ) | Date Action Filed:  December 18, 2012 |
| | [Caption continued on following page.] | | |

DECLARATION OF SHANE P. SANDERS

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | |
|---|---|
| 1  STANLEY MORRICAL, | )  Case No. 3:12-cv-06434-CRB |
| 2                    Plaintiff, | ) |
| 3          v. | ) |
| 4  MARGARET C. WHITMAN; LÉO<br>APOTHEKER; RAYMOND J. LANE; MARC<br>L. ANDREESSEN; SHUMEET BANERJI; | ) |
| 5  RAJIV L. GUPTA; JOHN H.<br>HAMMERGREN; ANN M. LIVERMORE; | ) |
| 6  GARY M. REINER; PATRICIA F. RUSSO;<br>G. KENNEDY THOMPSON; RALPH V. | ) |
| 7  WHITWORTH; LAWRENCE T. BABBIO,<br>JR.; SARI. M. BALDAUF; DOMINIQUE | ) |
| 8  SENEQUIER; BARCLAYS INVESTMENT<br>BANK; PERELLA WEINBERG PARTNERS | ) |
| 9  LP; and KPMG LLP | ) |
| 10                   Defendants, | ) |
| 11          -and- | ) |
| 12  HEWLETT-PACKARD COMPANY, | )  Judge:  Hon. Charles R. Breyer<br>)  Courtroom:  6, 17th Floor |
| 13                   Nominal Defendant. | )  Date Action Filed:  December 19, 2012 |

DECLARATION OF SHANE P. SANDERS

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

1    I, SHANE P. SANDERS, hereby declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of

3    California and this Court.  I am an attorney with the law firm Robbins Arroyo LLP ("Robbins

4    Arroyo"), counsel for plaintiffs Philip Ricciardi, Ernesto Espinoza, and The City of Birmingham

5    Retirement and Relief System (the "Birmingham Plaintiffs") in the above-entitled action.   I

6    submit this declaration in support of the Birmingham Plaintiffs' Opposition to Plaintiffs Stanley

7    Morrical, Andrea Bascheri, Jim Chung, and Joseph Tola's Motion to Consolidate Related

8    Actions, Appoint Lead Plaintiff, and Approval of Leadership Structure for plaintiffs' counsel.  I

9    have knowledge of the matters stated herein and, if called upon, I could and would competently

10   testify thereto.

11   2.    Since January 10, 2013, when Robbins Arroyo merged its draft consolidation

12   stipulation with Cotchett, Pitre & McCarthy, LLP's ("CPM") duplicative competing draft and

13   circulated the joint draft to all plaintiffs' counsel, CPM has repeatedly worked to exclude other

14   plaintiffs' counsel from communications with the defendants regarding the stipulation.  Despite

15   CPM's wasteful efforts in preparing a second stipulation, in the interests of cooperation and

16   efficiency, the Birmingham Plaintiffs' counsel agreed to cede responsibility for securing final

17   approval of the stipulation to CPM.  Unfortunately, the effort has not come to closure and, since

18   CPM took over responsibility for the final execution of the stipulation almost four weeks ago, the

19   stipulation still remains unsigned and unfiled.   The Birmingham Plaintiffs' counsel have

20   requested repeatedly over the last four weeks that CPM copy the other plaintiffs' counsel on any

21   communications with defendants regarding the consolidation stipulation.  CPM, however, has

22   steadfastly refused to do so.

23   3.    Robbins Arroyo was Co-Lead Counsel for the state derivative plaintiffs in *In re*

24   *Apple Computer, Inc., Derivative Litig.*, No. 1:06CV066692 (Cal. Super. Ct. – San Diego Cnty.

25   filed July 5, 2006), and helped secure a $14 million recovery for the company and additional

26

27

- 1 -
DECLARATION OF SHANE P. SANDERS

28

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

corporate therapeutics in connection with a global settlement of the state and federal derivative actions.

4.      In the shareholder derivative action brought on behalf of Oracle Corporation, captioned *Ozaki v. Ellison*, No. C-11-04493-RS (N.D. Cal. filed Sept. 8, 2011), Robbins Arroyo currently represents the plaintiff in the demand-refused derivative action brought on behalf of the company and, during the settlement phase of that case, has been equal partners with CPM (who has the demand futility case) in vigorously negotiating toward a beneficial settlement for the company and its shareholders.

5.      Robbins Arroyo is counsel for the plaintiff in the demand-refused derivative case brought on behalf of Career Education Corporation, captioned *Alex v. McCullough*, No. 1:12-CV-08834 (N.D. Ill. filed Nov. 5, 2011).  In that case, Robbins Arroyo has taken the lead in global mediation sessions, supplied the settlement demand that has provided the framework for continuing settlement discussions, and is negotiating a potential out-of-court resolution of the related derivative cases.

6.      On January 8, 2013, Joseph White and Lester Hooker of Saxena White P.A. ("Saxena White") and I participated in a conference call with counsel for the other plaintiffs in the related actions concerning the organization of the cases and the possibility of an agreed-to leadership structure.  On the call, the Birmingham Plaintiffs' counsel expressed their position that it made sense to appoint lead counsel, and that, given The City of Birmingham Retirement and Relief System's significant financial stake and the fact that the Birmingham Plaintiffs had developed the theory of the case as the first-filed plaintiffs, they believed that the Birmingham Plaintiffs' counsel were the most appropriate choice for lead counsel in this case.  CPM indicated that it believed it should be lead counsel and that it would also seek appointment of a steering committee of other plaintiffs' counsel.  Because of concerns expressed by courts about the needless inefficiencies created by unwieldy leadership structures comprised of a large number of firms, the fact that a steering committee is unnecessary where (as here) all plaintiffs have the

- 2 -

DECLARATION OF SHANE P. SANDERS

1   same interest in prosecuting the claims (which the *Manual for Complex Litigation*

2   acknowledges), and the fact that such structures are not necessary to ensure the participation and

3   input of all plaintiffs' counsel, the Birmingham Plaintiffs' counsel indicated that it could not

4   commit to seeking appointment of a steering committee.  Nonetheless, the Birmingham Plaintiffs

5   made clear, as they have throughout this litigation (including in discussions with lawyers at

6   Johnson & Weaver, LLP and Bottini & Bottini, Inc. prior to the January 8, 2013 call), that they

7   have every intention of inviting and considering input from all plaintiffs' counsel in order to

8   ensure that the derivative claims are vigorously prosecuted in the best interests of Hewlett-

9   Packard Company.

10          7.      On February 8, 2013, Felipe J. Arroyo, a partner at Robbins Arroyo, attempted to

11  contact Shimon Yiftach of Bronstein, Gewirtz, & Grossman, LLC, counsel for plaintiff Senta

12  Weissmann, who filed a factually-related shareholder derivative action in *Weissmann v.*

13  *Apotheker*, No. C-13-0557-EDL, filed in this Court on February 7, 2013.  Unable to reach Mr.

14  Yiftach, Mr. Arroyo left him a voicemail and asked Mr. Yiftach for a return call to discuss

15  consolidation of the related actions and coordinating a leadership structure.

16          I declare under penalty of perjury under the laws of the United States of America that the

17  foregoing is true and correct.  Executed this 8th day of February, 2013, at San Diego, California.

18

19                                                  /s/ Shane P. Sanders
                                                    SHANE P. SANDERS

20

21

22

23

24

25

26

27

28

                                        - 3 -
                        DECLARATION OF SHANE P. SANDERS

        Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-
                        CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice Lists, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice Lists.

/s/ Shane P. Sanders
SHANE P. SANDERS

836175

- 4 -

DECLARATION OF SHANE P. SANDERS

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

# Mailing Information for a Case 3:12-cv-06003-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Daniel Lawrence Baxter**
  dbaxter@wilkefleury.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Kevin S. Kim**
  kkim@robbinsarroyo.com,notice@robbinsarroyo.com

- **Sarah Lynn Lochner**
  slochner@wc.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Matthew Wells Powell**
  mpowell@wilkefleury.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Jeffrey Michael Walker**

jwalker@cooley.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:12-cv-06025-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Daniel Lawrence Baxter**
  dbaxter@wilkefleury.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Kevin S. Kim**
  kkim@robbinsarroyo.com,notice@robbinsarroyo.com

- **Sarah Lynn Lochner**
  slochner@wc.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Matthew Wells Powell**
  mpowell@wilkefleury.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:12-cv-06091-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Mailing Information for a Case 3:12-cv-06123-CRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,davide@johnsonandweaver.com,jessicam@johnsonandweaver.com,brett@johnsonandweaver.com,shawnf@johnsonandweaver.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **Brett Michael Weaver**
  brettw@johnsonandweaver.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:12-cv-06416-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Kevin S. Kim**
  kkim@robbinsarroyo.com,notice@robbinsarroyo.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **Adam David Warden**
  awarden@saxenawhite.com

- **Joseph Edward White , III**
  jwhite@saxenawhite.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:12-cv-06423-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,arivas@finkelsteinthompson.com,cfinley@finkelsteinthompson.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Danielle A Stoumbos**
  dstoumbos@finkelsteinthompson.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:12-cv-06434-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Audrey Ann Barron**
  audrey.barron@shearman.com

- **Daniel Lawrence Baxter**
  dbaxter@wilkefleury.com

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Frank Cadmus Damrell , Jr**
  fdamrell@cpmlegal.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Alan S. Goudiss**
  AGoudiss@shearman.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Aron K. Liang**
  aliang@cpmlegal.com,edetert@cpmlegal.com,oszeto@cpmlegal.com,jperez@cpmlegal.com

- **Sarah Lynn Lochner**
  slochner@wc.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Matthew Wells Powell**
  mpowell@wilkefleury.com

- **Sara Ann Ricciardi**
  sara.ricciardi@shearman.com

- **Patrick David Robbins**

probbins@shearman.com,rcheatham@shearman.com,abarron@shearman.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Nanci            Eiko Nishimura
Cotchett Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
```