| | |
|---|---|
| 1 | ALLEN J. RUBY (STATE BAR NO. 47109) |
|   | Allen.Ruby@skadden.com |
| 2 | TIMOTHY A. MILLER (STATE BAR NO. 154744) |
|   | Timothy.Miller@skadden.com |
| 3 | RICHARD S. HORVATH, JR. (STATE BAR NO. 254681) |
|   | Richard.Horvath@skadden.com |
| 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 525 University Avenue, Suite 1400 |
| 5 | Palo Alto, California 94301 |
|   | Telephone: (650) 470-4500 |
| 6 | Facsimile:  (650) 470-4570 |

Attorneys for Specially Appearing Defendants
MARC L. ANDREESSEN, LAWRENCE T. BABBIO, JR.,
SARI M. BALDAUF, SHUMEET BANERJI,
RAJIV L. GUPTA, JOHN H. HAMMERGREN,
RAYMOND J. LANE, ANN M. LIVERMORE,
GARY M. REINER, PATRICIA F. RUSSO,
DOMINIQUE SENEQUIER, G. KENNEDY THOMPSON,
and RALPH V. WHITWORTH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | ) ) ) | Case No:   3:12-CV-06025-CRB |
| | ) | Related Cases:   3:12-CV-05980-CRB |
| | ) | 3:12-CV-06003-CRB |
| Plaintiff, | ) | 3:12-CV-06074-CRB |
| | ) | 3:12-CV-06091-CRB |
| vs. | ) | 3:12-CV-06123-CRB |
| | ) | 3:12-CV-06199-CRB |
| MICHAEL R. LYNCH, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, G. KENNEDY THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. HAMMERGREN, MARC L. ANDREESEN, RAYMOND J. LANE, PATRICIA F. RUSSO, ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBINSON, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP; AND BARCLAYS CAPITAL, , | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 3:12-CV-06410-CRB 3:12-CV-06416-CRB 3:12-CV-06423-CRB 3:12-CV-06434-CRB  **NOTICE OF APPEARANCE** |
| Defendants, | ) | |
| -and- | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| Nominal Defendant. | ) | |

**NOTICE OF APPEARANCE**  **CASE NO.: 12-CV-06025-CRB**

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that attorneys Allen J. Ruby (SBN 47109), Timothy A. Miller (SBN 154744) and Richard S. Horvath, Jr. (SBN 254681) of the law firm Skadden, Arps, Slate, Meagher & Flom, LLP, located at 525 University Avenue, Suite 1400, Palo Alto, CA 94301, hereby enter their appearances as counsel of record on behalf of specially appearing defendants Marc L. Andreessen, Lawrence T. Babbio, Jr., Sari M. Baldauf, Shumeet Banerji, Rajiv L. Gupta, John H. Hammergren, Raymond J. Lane, Ann M. Livermore, Gary M. Reiner, Patricia F. Russo, Dominique Senequier, G. Kennedy Thompson, and Ralph V. Whitworth (the "Director Defendants") in *Ernesto Espinoza v. Michael R. Lynch, et al.*, Case No. 3:12-CV-06025-CRB.

The specially appearing Director Defendants request that, pursuant to Civil Local Rule 5-1, Allen J. Ruby, Timothy A. Miller and Richard S. Horvath, Jr. be added to the docket and that email notifications filed by or with this Court be provided to them at the above-listed electronic mail addresses.

In filing this notice of appearance, the specially appearing Director Defendants reserve all rights they have to object to this action, including without limitation to object to the choice of venue in this action or to object to this action for lack of jurisdiction.

DATED: February 11, 2013

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Timothy A. Miller_____
TIMOTHY A. MILLER
Attorneys for Specially Appearing Defendants
MARC L. ANDREESSEN, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, SHUMEET BANERJI, RAJIV L. GUPTA, JOHN H. HAMMERGREN, RAYMOND J. LANE, ANN M. LIVERMORE, GARY M. REINER, PATRICIA F. RUSSO, DOMINIQUE SENEQUIER, G. KENNEDY THOMPSON, and RALPH V. WHITWORTH