| | |
|---|---|
| 1 | ALLEN J. RUBY (STATE BAR NO. 47109) |
| | Allen.Ruby@skadden.com |
| 2 | TIMOTHY A. MILLER (STATE BAR NO. 154744) |
| | Timothy.Miller@skadden.com |
| 3 | RICHARD S. HORVATH, JR. (STATE BAR NO. 254681) |
| | Richard.Horvath@skadden.com |
| 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 525 University Avenue, Suite 1400 |
| 5 | Palo Alto, California 94301 |
| | Telephone: (650) 470-4500 |
| 6 | Facsimile: (650) 470-4570 |
| 7 | Attorneys for Specially Appearing Defendants |
| | MARC L. ANDREESSEN, LAWRENCE T. BABBIO, JR., |
| 8 | SARI M. BALDAUF, SHUMEET BANERJI, |
| | RAJIV L. GUPTA, JOHN H. HAMMERGREN, |
| 9 | RAYMOND J. LANE, ANN M. LIVERMORE, |
| | GARY M. REINER, PATRICIA F. RUSSO, |
| 10 | DOMINIQUE SENEQUIER, G. KENNEDY THOMPSON, |
| | and RALPH V. WHITWORTH |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | ) | Case No: 3:12-CV-06025-CRB |
| | ) | Related Cases: 3:12-CV-05980-CRB |
| Plaintiff, | ) | 3:12-CV-06003-CRB |
| | ) | 3:12-CV-06074-CRB |
| vs. | ) | 3:12-CV-06091-CRB |
| | ) | 3:12-CV-06123-CRB |
| MICHAEL R. LYNCH, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, G. KENNEDY THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. HAMMERGREN, MARC L. ANDREESEN, RAYMOND J. LANE, PATRICIA F. RUSSO, ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBINSON, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, DELOITTE LLP, KMPG LLP, PERELLA WEINBERG PARTNERS UK LLP; AND BARCLAYS CAPITAL, , | ) | 3:12-CV-06199-CRB |
| | ) | 3:12-CV-06410-CRB |
| | ) | 3:12-CV-06416-CRB |
| | ) | 3:12-CV-06423-CRB |
| | ) | 3:12-CV-06434-CRB |
| | ) | |
| | ) | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| | ) | |
| | ) | Judge: Hon. Charles R. Breyer |
| Defendants, | ) | |
| -and- | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| Nominal Defendant. | ) | |

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**      **CASE NO.: 12-CV-06025-CRB**

| | |
|---|---|
| 1 | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| 2 | |
| 3 | Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than |
| 4 | the named parties, there is no such interest to report. |
| 5 | |
| 6 | |
| 7 | DATED: February 11, 2013 |
| 8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 9 | |
| 10 | By: _____/s/ Timothy A. Miller_____ |
| | TIMOTHY A. MILLER |
| 11 | Attorneys for Specially Appearing Defendants |
| | MARC L. ANDREESSEN, LAWRENCE T. BABBIO, |
| 12 | JR., SARI M. BALDAUF, SHUMEET BANERJI, |
| | RAJIV L. GUPTA, JOHN H. HAMMERGREN, |
| 13 | RAYMOND J. LANE, ANN M. LIVERMORE, |
| | GARY M. REINER, PATRICIA F. RUSSO, |
| 14 | DOMINIQUE SENEQUIER, G. KENNEDY |
| | THOMPSON, and RALPH V. WHITWORTH |

1

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**   **CASE NO.: 12-CV-06025-CRB**
425359.01-PALSR01A - MSW