WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
MATTHEW W. POWELL (CA Bar No. 114563)
DANIEL L. BAXTER (CA Bar No. 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:     (916) 441-2430
Facsimile:      (916) 442-6664
mpowell@wilkefleury.com
dbaxter@wilkefleury.com

WILLIAMS & CONNOLLY LLP
STEVEN M. FARINA (DC Bar No. 437078)*
SARAH L. LOCHNER (IL Bar No. 6306461)*
*Pro Hac Vice applications pending
725 Twelfth Street, NW
Washington, DC  20005

Telephone:     (202) 434-5000
Facsimile:      (202) 434-5029
sfarina@wc.com
slochner@wc.com

Attorneys for Defendant KPMG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO ESPINOZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL R. LYNCH, et al.,<br><br>　　　　　Defendants,<br><br>　　-and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　　Nominal Defendant. | Case No. 12-CV-06025 CRB<br><br>**DEFENDANT KPMG LLP'S JOINDER IN NOMINAL DEFENDANT HEWLETT-PACKARD COMPANY'S RESPONSE TO MOTIONS SEEKING CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**<br><br>Date:     March 1, 2013<br>Time:     10:00 a.m.<br>Crtrm.:    Courtroom No. 6<br>Judge:    Hon. Charles R. Breyer |

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

915262.1                                                          -1-                                                  12-CV-06025 CRB
DEFENDANT KPMG LLP'S JOINDER IN HP'S RESPONSE TO MOTIONS SEEKING CONSOLIDATION, ETC.

1  Defendant KPMG LLP hereby joins in Nominal Defendant Hewlett-Packard Company's
2 Response to Motions Seeking Consolidation of All Related Actions, Appointment of Lead Plaintiff
3 and Appointment of Lead Counsel ("Response"), filed February 8, 2013. KPMG LLP adopts by
4 reference the positions and reservations set forth in that Response. KPMG LLP expressly reserves all
5 rights and defenses in this matter.

6 DATED: February 11, 2013    WILKE, FLEURY, HOFFELT,
                             GOULD & BIRNEY, LLP

                             By:  /s/ Matthew W. Powell
                                  MATTHEW W. POWELL
                                  Attorneys for Defendant KPMG LLP

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

915262.1     -2-     12-CV-06025 CRB
DEFENDANT KPMG LLP'S JOINDER IN HP'S RESPONSE TO MOTIONS SEEKING CONSOLIDATION, ETC.