WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
MATTHEW W. POWELL (CA Bar No. 114563)
DANIEL L. BAXTER (CA Bar No. 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone: (916) 441-2430
Facsimile: (916) 442-6664
mpowell@wilkefleury.com
dbaxter@wilkefleury.com

WILLIAMS & CONNOLLY LLP
STEVEN M. FARINA (DC Bar No. 437078)*
SARAH L. LOCHNER (IL Bar No. 6306461)*
*Pro Hac Vice applications pending
725 Twelfth Street, NW
Washington, DC 20005

Telephone: (202) 434-5000
Facsimile: (202) 434-5029
sfarina@wc.com
slochner@wc.com

Attorneys for Defendant KPMG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO ESPINOZA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL R. LYNCH, et al.,<br><br>　　　　Defendants,<br><br>　-and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　Nominal Defendant. | Case No. 12-CV-06025 CRB<br><br>**DEFENDANT KPMG LLP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**Hon. Charles R. Breyer**<br>**Courtroom No. 6** |

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

914473.1 -1- 12-CV-06025 CRB
DEFENDANT KPMG LLP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2  parties, there is no such interest to report.
3  DATED: February 12, 2013     WILKE, FLEURY, HOFFELT,
                                 GOULD & BIRNEY, LLP

        By:  /s/ Matthew W. Powell
             MATTHEW W. POWELL
             Attorneys for Defendant KPMG LLP

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

914473.1              -2-              12-CV-06025 CRB
DEFENDANT KPMG LLP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS