Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ernesto Espinoza, )
                 Plaintiff(s), )
v. )
Michael R. Lynch, et al., )
                 Defendant(s). )

Case No: C12-06025CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Steven M. Farina, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: KPMG LLP in the above-entitled action. My local co-counsel in this case is Matthew W. Powell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Williams & Connolly LLP<br>725 12th Street, N.W., Washington, DC 20005 | Wilke Fleury, et al., 400 Capitol Mall, 22nd Fl.<br>Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD:<br>202-434-5526 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>916-441-2430 |
| MY EMAIL ADDRESS OF RECORD:<br>sfarina@wc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mpowell@wilkefleury.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 437078.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 2/5/2013

                                           Steven M. Farina
                                                APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Steven M. Farina is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 12, 2013

                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE