| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | JOSEPH E. FLOREN, State Bar No. 168292<br>KIMBERLY A. KANE, State Bar No. 226896 |
| 3 | MATTHEW S. WEILER, State Bar No. 236052<br>One Market Street, Spear Street Tower |
| 4 | San Francisco, CA 94105-1126<br>Tel: 415.442.1000 / Fax: 415.442.1001 |
| 5 | jfloren@morganlewis.com |
| 6 | kkane@morganlewis.com<br>mweiler@morgnlewis.com |
| 7 | |
| 8 | Attorneys for Nominal Defendant<br>HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY;<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL R. LYNCH, et al.,<br><br>　　　　　　　　Defendants,<br><br>　and<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>　　　　　　　　Nominal Defendant. | Case No. 12-CV-6025 CRB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: Nov. 27, 2012<br>Trial Date: None Set<br><br>Hon. Charles R. Breyer |

CERT. OF INTERESTED ENTITIES
CASE NO. 12-CV-6025 CRB

DB1/ 73140428.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil L.R. 3-16, nominal defendant Hewlett-Packard Company ("HP") hereby certifies through its undersigned attorneys of record, that as of this date, other than the named parties in this action, there is no such interest to report.

Dated: February 14, 2013

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Kimberly A. Kane
Kimberly A. Kane
Attorneys for Nominal Defendant
HEWLETT-PACKARD COMPANY

DB1/ 73140428.1

1

CERT. OF INTERESTED ENTITIES
CASE NO. 12-CV-6025 CRB