| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON #76342 |
| 2 | bruce.ericson@pillsburylaw.com |
| | LAURA C. HURTADO #267044 |
| 3 | laura.hurtado@pillsburylaw.com |
| | Four Embarcadero Center, 22nd Floor |
| 4 | Post Office Box 2824 |
| | San Francisco, CA 94126-2824 |
| 5 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 6 | |
| 7 | Attorneys for Defendant |
| | LEO APOTHEKER |

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

| | | |
|---|---|---|
| 12 | ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | No. C-12-6025-CRB |
| 13 | | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT LEO APOTHEKER** |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | MICHAEL R. LYNCH, et al., | |
| 17 | Defendants, | |
| 18 | -and- | |
| 19 | HEWLETT-PACKARD COMPANY, a Delaware corporation, | |
| 20 | | |
| 21 | Nominal Defendant. | |

22

23

24

25

26

27

28

501096537v1

NOTICE OF APPEARANCE – LEO APOTHEKER
Case No. C-12-6025-CRB

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS

2  OF RECORD:

3      PLEASE TAKE NOTICE that Bruce A. Ericson and Laura C. Hurtado of the law

4  firm of Pillsbury Winthrop Shaw Pittman LLP are hereby appearing as counsel of record

5  for Defendant LEO APOTHEKER in the above-entitled action and hereby request that all

6  notices given or required to be given, and all papers file or served or required to be served,

7  in this action be provided to and served on:

8

9  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  #76342
   bruce.ericson@pillsburylaw.com

10  LAURA C. HURTADO  #267044
   laura.hurtado@pillsburylaw.com

11  Four Embarcadero Center, 22nd Floor
   San Francisco, CA 94111

12  (Mailing Address:  Post Office Box 2824
   San Francisco, CA  94126-2824)

13  Telephone:    (415) 983-1000
   Facsimile:    (415) 983-1200

14

15      Dated:  February 15, 2013.

16                                     PILLSBURY WINTHROP SHAW PITTMAN LLP
                                     BRUCE A. ERICSON

17                                     LAURA C. HURTADO
                                   Four Embarcadero Center, 22nd Floor

18                                   Post Office Box 2824
                                 San Francisco, CA  94126-2824

19

20                        By _____*/s/ Bruce A. Ericson*_____
                                   Bruce A. Ericson

21                                   Attorneys for Defendant

22                                   LEO APOTHEKER

23

24

25

26

27

28