JOSEPH W. COTCHETT (Cal. SBN 36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (Cal. SBN 168009)
mmolumphy@cpmlegal.com
NANCI E. NISHIMURA (Cal. SBN 152621)
nnishimura@cpmlegal.com
ARON K. LIANG (Cal. SBN 228936)
aliang@cpmlegal.com
MATTHEW K. EDLING (Cal. SBN: 250940)
medling@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

Attorneys for Plaintiff Stanley Morrical,
derivatively on behalf of Hewlett-Packard
Company, in the action entitled,
*Morrical v. Margaret C. Whitman, et al.,* 12-CV-06434

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILIP RICCARDI, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL R. LYNCH, *et al.*, <br><br> Defendants, <br><br> -and- <br><br> HEWLETT-PACKARD COMPANY, <br><br> Nominal Defendant. <br><br> [*Caption continues on following page.*] | **CASE NO. 12-CV-06003-CRB** <br><br> **DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF STANLEY MORRICAL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF A LEADERSHIP STRUCTURE FOR PLAINTIFFS' COUNSEL** <br><br> Date: March 1, 2013 <br> Time: 10:00 a.m. <br> Ctrm: 6, 17th Floor <br> Judge: Hon. Charles R. Breyer |

**DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF STANLEY MORRICAL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF A LEADERSHIP STRUCTURE FOR PLAINTIFFS' COUNSEL**

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

| | |
|---|---|
| ENERSTO ESPINOZA, | **CASE NO. 12-CV-06025-CRB** |
| Plaintiff, | |
| v. | Judge: Hon. Charles R. Breyer |
| | Complaint Filed: November 27, 2012 |
| MICHAEL R. LYNCH, *et al.*, | |
| Defendants, | |
| -and- | |
| HEWLETT-PACKARD COMPANY, | |
| Nominal Defendant. | |
| ANDREA BASCHERI, *et al.*, | **CASE NO. 12-CV-06091-CRB** |
| Plaintiffs, | Judge: Hon. Charles R. Breyer |
| v. | Complaint Filed: November 30, 2012 |
| LEO APOTHEKER, *et al.*, | |
| Defendants, | |
| -and- | |
| HEWLETT-PACKARD COMPANY, | |
| Nominal Defendant. | |
| MARTIN BERTISCH, | **CASE NO. 12-CV-06123-CRB** |
| Plaintiff, | Judge: Hon. Charles R. Breyer |
| v. | Complaint Filed: December 3, 2012 |
| LEO APOTHEKER, *et al.*, | |
| Defendants, | |
| -and- | |
| HEWLETT-PACKARD COMPANY, | |
| Nominal Defendant. | |

**DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF STANLEY MORRICAL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF A LEADERSHIP STRUCTURE FOR PLAINTIFFS' COUNSEL**

| | |
|---|---|
| THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM,<br><br>        Plaintiff,<br>  v.<br><br>LEO APOTHEKER, *et al.*,<br><br>        Defendants,<br><br>  -and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>        Nominal Defendant. | **CASE NO. 12-CV-06416-CRB**<br><br>Judge:       Hon. Charles R. Breyer<br>Complaint Filed:  December 18, 2012 |
| JOSEPH TOLA,<br><br>        Plaintiff,<br>  v.<br><br>MICHAEL R. LYNCH, *et al.*,<br><br>        Defendants,<br><br>  -and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>        Nominal Defendant. | **CASE NO. 12-CV-06423-CRB**<br><br>Judge:       Hon. Charles R. Breyer<br>Complaint Filed:  December 18, 2012 |
| STANLEY MORRICAL,<br><br>        Plaintiff,<br>  v.<br><br>MARGARET C. WHITMAN, *et al.*,<br><br>        Defendants,<br><br>  -and-<br><br>HEWLETT-PACKARD COMPANY,<br>        Nominal Defendant. | **CASE NO. 12-CV-06434-CRB**<br><br>Judge:       Hon. Charles R. Breyer<br>Complaint Filed:  December 19, 2012 |

**DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF STANLEY MORRICAL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF A LEADERSHIP STRUCTURE FOR PLAINTIFFS' COUNSEL**

I, MATTHEW K. EDLING, declare:

1. I am an attorney duly admitted to practice before all courts of the State of California and all federal district courts located in California. I am a senior associate with Cotchett, Pitre, & McCarthy, LLP, counsel for proposed Lead Plaintiff Stanley Morrical. I submit this declaration in support of the Reply Memorandum In Support of Stanley Morrical's Motion For Appointment As Lead Plaintiff and Approval of a Leadership Structure For Plaintiffs' Counsel. I have personal knowledge of the facts stated herein. If called upon to do so, I could and would competently testify thereto.

2. On February 11, 2013, my firm was one of ten law firms named to the National Law Journal's Litigation Boutique Hot List. Attached as **Exhibit A** is a true and correct copy of the National Law Journal 2012 List of the Top Ten Litigation Boutiques and its article about my firm.

3. Prior to filing his shareholder derivative complaint, as permitted under California Corporations Code § 1601(a), Plaintiff Stanley Morrical requested books and records from Hewlett Packard Company. After HP placed preconditions on my client's inspection rights my client filed his verified petition for writ of mandate for the inspection of corporate books and records. A true and correct copy of the caption page of this verified petition is attached as **Exhibit B**.

4. My firm, on behalf of Mr. Morrical, entered into a confidentiality agreement with HP, which will allow for any lead plaintiff, lead counsel or executive committee member and their clients to review the books and records that HP produces in response to Mr. Morrical's statutory request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of February 2013, at Burlingame, California.

By:   /s/ Matthew K. Edling
      MATTHEW K. EDLING

**NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED CASES AND TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL**   1

# EXHIBIT A





**ALM Properties, Inc.**
Page printed from: http://www.nlj.com

Back to Article

---

# Litigation Boutiques Hot List

The National Law Journal

02-11-2013

They may be small, but they command attention.

The 10 law firms on our Litigation Boutiques Hot List, each fielding no more than 50 lawyers, demonstrate that when it comes to high-stakes cases it's all about skill, not size. Whether they're working on the plaintiffs' or defense side of big pharma, big oil, white-collar or agriculture matters, the lawyers practicing at these streamlined shops set precedents, righted wrongs or saved companies during 2012. — *Leigh Jones*


**BECK REDDEN**
Firm approaches litigation with relish


**CLIFFORD LAW OFFICE**
Humility works to client's advantage


**COTCHETT PITRE & McCARTHY**
Toyota case marks a new high-water mark


**GASS WEBER MULLINS**
Small and scrappy seems to pay off


**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM**
For efficacious relief from pesky lawsuits


**KAPLAN FOX & KILSHEIMER**
A big commitment pays big dividends

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO**
Firm makes problems slink quietly away

**SANFORD HEISLER**
'We level the playing field for our clients'






**STONE & MAGNANINI**
Reaping the dividends of new independence



**WATTS GUERRA CRAFT**
They live to work hard and litigate

---

Copyright 2013. ALM Media Properties, LLC. All rights reserved.



ALM Properties, Inc.
Page printed from: http://www.nlj.com

Back to Article

# Toyota case marks a new high-water mark

Amanda Bronstad

The National Law Journal

02-11-2013

Nearly three years after Toyota Motor Corp. recalled more than 10 million vehicles for defects associated with sudden acceleration, a team of three plaintiffs' attorneys in December reached a $1.3 billion settlement to resolve economic damages claims by consumers. One of those attorneys was Frank Pitre, a name partner at Cotchett, Pitre & McCarthy, who was in charge of claims brought by independent auto dealers, rental car companies and other commercial plaintiffs who bought Toyota vehicles.

You might call it a high-water mark for the 27-attorney firm in Burlingame, Calif., south of San Francisco. "We had some great verdicts, but nothing near $1 billion," said name partner Joseph Cotchett, a veteran trial attorney, whose previous successes include a $3.3 billion verdict against Charles Keating Jr., a prime mover in the savings-and-loan scandal of the late 1980s. In addition to Pitre and Cotchett, the firm has 24 principals and one associate and offices in Sacramento, Calif., and New York.

Pitre, Cotchett said, spent half his time on the Toyota case, in which the plaintiffs seek $200 million in fees. The other half he spent bringing individual cases against Pacific Gas & Electric Co. over a 2010 pipeline explosion in San Bruno, Calif., that killed eight people, injured dozens and destroyed 38 homes. Cotchett Pitre has settled half of its 60 explosion-related lawsuits, Cotchett said. The settlements have been filed under seal, but PG&E has acknowledged it could face more than $1 billion in state regulatory fines and legal settlements.

Cotchett Pitre also reached settlements in continuing price-fixing litigation against a group of freight forwarders; so far, the firm has amassed $120 million in agreements, including $28 million from Kuehne + Nagel Inc., Cotchett said. Many of the defendants, including Kuehne + Nagel, have paid criminal fines in related actions brought by the U.S. Department of Justice.

Firm principal Mark Molumphy spearheaded a derivative shareholder action accusing Oracle Corp. of overbilling the U.S. government in which the firm obtained a "huge settlement," filed under seal, Cotchett said. In a securities action against the trustees of Medical Capital Holdings Inc., a Ponzi scheme whose business was purportedly to purchase medical receivables, Molumphy settled in December with one of the bank defendants, The Bank of New York Mellon Corp., for $114 million. Wells Fargo & Co. faces trial in April. In June, both banks paid $106 million to settle related claims as part of a U.S. Securities and Exchange Commission action.

> **TRIAL TIPS**
> *You have to think outside the box of conventional legal thinking. You have to have passion and belief in the litigation. You win by getting back up after a hit — an old sports adage.*
> *— Joseph Cotchett, Cotchett, Pitre & McCarthy*

# EXHIBIT B

JOSEPH W. COTCHETT (#36324)
jcotchett@cpmlegal.com
FRANK C. DAMRELL, JR. (#37126)
fdamrell@cpmlegal.com
MARK C. MOLUMPHY (#168009)
mmolumphy@cpmlegal.com
NANCI E. NISHIMURA (#152621)
nnishimura@cpmlegal.com
ARON K. LIANG (#228936)
aliang@cpmlegal.com
MATTHEW K. EDLING (#250940)
medling@cpmlegal.com
BRYAN M. PAYNE (#272971)
bpayne@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Attorneys for Petitioner/Plaintiff Stanley Morrical,
Individually and on Behalf of All Others
Similarly Situated*

# IN THE SUPERIOR COURT OF CALIFORNIA

# IN AND FOR THE COUNTY OF SANTA CLARA

STANLEY MORRICAL;

  Petitioner,

vs.

HEWLETT-PACKARD COMPANY;
JOHN F. SCHULTZ, Executive Vice President and General Counsel;
CATHIE LESJAK, Executive Vice President and Chief Financial Officer; and
DOES 1-50.

  Respondents.

CASE NO.: 113CV238913

**VERIFIED PETITION FOR WRIT OF MANDATE FOR INSPECTION OF CORPORATE BOOKS AND RECORDS**

ENDORSED
2013 JAN -4 A 9: 39
D. Wendel

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

**VERIFIED WRIT OF MANDATE**