DANIEL BOOKIN (S.B. #78996)
dbookin@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
Shane V. Robison

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL R. LYNCH, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, G. KENNEDY THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. HAMMERGREN, MARC L. ANDREESSEN, RAYMOND J. LANE, PATRICIA F. RUSSO, ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBISON, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP, and BARCLAYS CAPITAL,<br><br>Defendants,<br><br>and<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Nominal Defendant. | Case No. 12-CV-06025-CRB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Hon. Charles R. Breyer |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 19, 2013     O'MELVENY & MYERS LLP

By:     /s/ Daniel Bookin
          Daniel Bookin
          Matthew W. Close
          Attorneys for Defendant
          Shane V. Robison